IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIAN HUTTON and** | : | **CIVIL ACTION** |
| **LAURA HUTTON, H/W** | : | |
| | : | |
| v. | : | NO. 14-3264 |
| | : | |
| **KDM TRANSPORT, INC. and** | : | |
| **MELVIN BROWN** | : | |

## ORDER

    **AND NOW**, this 8th day of July, 2014, upon consideration of the Motion to Remand (Document No. 4), the defendants' response, and after oral argument, it is **ORDERED** that the motion is **DENIED**.

                                                            /s/ Timothy J. Savage
                                                           TIMOTHY J. SAVAGE,  J.